# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY STANGER, On Behalf of Himself and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) COLLECTIVE ACTION<br>)<br>) CASE NO. 3:22-cv-00800 |
| v. | )<br>) JUDGE TRAUGER |
| MARRIOTT HOTEL SERVICES, INC. d/b/a GAYLORD OPRYLAND RESORT & CONVENTION CENTER, | )<br>) JURY DEMAND<br>)<br>) |
| Defendant. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR COURT APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AND DISMISSAL OF CLAIMS OF NAMED PLAINTIFF AND OPT-IN PLAINTIFFS WITH PREJUDICE

Named Plaintiff Timothy Stanger, on behalf of himself and all those who have joined this action as Opt-In Plaintiffs pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) (collectively, "Plaintiffs") have reached a comprehensive settlement agreement (the "Settlement") resolving their claims in this action against Defendant Marriott Hotel Services, Inc., d/b/a Gaylord Opryland Resort & Convention Center ("Defendant"). Plaintiffs now move the Court to approve the Settlement. *See* Agreement (attached as Exhibit 1). If approved by this Court, the Agreement resolves the FLSA claims brought by the Plaintiffs.

Specifically, Plaintiffs request that this Court approve their Agreement to resolve this matter for $300,000.00 based on the terms set forth in the Agreement. This includes approval of payments of: (1) $100,000.00 (*i.e.*, one-third of the settlement fund) for Plaintiffs' counsel's attorneys' fees; (2) $8,104.40 for Plaintiffs' counsel's incurred costs and expenses; (3) $3,000.00 to Named Plaintiff Stanger as a service payment for his service as a representative Named Plaintiff in this collective action; and (4) the remaining $188,895.60 to Plaintiffs and those who file their

written consent to join this action pursuant to a settlement notice process. As part of the settlement, Defendant has agreed to pay, separately from the amounts above, all costs and fees associated with mediation and with the administration of this settlement. This settlement represents a fair and reasonable compromise of the FLSA claims in this action as to which the parties have several *bona fide* disputes. Defendant does not oppose this Motion and the requested relief herein.

For the reasons set forth in the accompanying Memorandum, this Motion should be granted. A proposed order granting this relief is attached to this Motion.

Dated: August 7, 2023                    Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
**NICOLE A. CHANIN (No. 40239)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

       I hereby certify that on August 7, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

  Robert Earl Boston (TN Bar No. 009744)
  HOLLAND & KNIGHT (Nashville)
  511 Union Street, Suite 2700
  Nashville, TN 37219
  Telephone: (615) 244-6380
  bob.boston@hklaw.com

  Ariel Cudkowicz (MA Bar No. 550577)
  Hillary J. Massey (MA Bar No. 669600)
  Michael Steinberg (MA Bar No. 690997)
  SEYFARTH SHAW
  Two Seaport Ln #1200
  Boston, MA 02210
  Telephone: (617) 946-4800
  acudkowicz@seyfarth.com
  hmassey@seyfarth.com
  msteinberg@seyfarth.com

  *Attorneys for Defendant*

                                                /s/ David W. Garrison
                                                DAVID W. GARRISON
                                                **BARRETT JOHNSTON**
                                                    **MARTIN & GARRISON, PLLC**